IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SARAH R. MASON | § | |
| | § | |
| VS. | § | CASE NO. 2:13-CV-00181 |
| | § | |
| JAMES SUGGS, JR., JOHN LANE | § | |
| SCHNELL, M.D., and | § | JURY TRIAL REQUESTED |
| BRAD A. BRAZEAL, M.D. | § | |

_____

**AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS JAMES SUGGS, JR., JOHN LANE SCHNELL, M.D. AND
BRAD A. BRAZEAL, M.D.**
_____

On this day came on to be heard Plaintiff Sarah R. Mason's Agreed Motion to Dismiss with Prejudice all Defendants, James Suggs, Jr., John Lane Schnell, M.D. and Brad A. Brazeal, M.D., and the Court having considered said Motion and having reviewed the pleadings on file, is of the opinion that the Motion is well taken and should be sustained and granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED that Plaintiff's lawsuit against Defendants, James Suggs, Jr., John Lane Schnell, M.D. and Brad A. Brazeal, M.D. be and the same is hereby dismissed with prejudice. It is further, ORDERED, ADJUDGED AND DECREED that taxable court costs are taxed against the party incurring same. The Clerk is instructed to close this case.

**SIGNED this 21st day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE